# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| SARAH ARMSTRONG, | * | CASE NO: 3:22-cv-03401 |
| *Plaintiff* | * | |
| vs. | * | JUDGE: JAMES D. CAIN, JR. |
| SHELTER MUTUAL INSURANCE COMPANY, ET AL | * | |
| *Defendant* | * | MAGISTRATE: KATHLEEN KAY |

## PLAINTIFF'S MOTION TO SET ATTORNEYS' FEES AND COSTS AND EXPENSES

Plaintiff Sarah Armstrong ("Ms. Armstrong" or "Plaintiff") respectfully files this Motion to Set Attorneys' Fees and Costs and Expenses. Ms. Armstrong and Shelter Mutual Insurance Company have agreed to a full and final settlement in this matter[1]. As explained in more detail in the accompanying memorandum in support, Ms. Armstrong respectfully requests the Court to issue an order determining the attorneys' fees and costs and expenses due to interested parties in this matter.

Ms. Armstrong also will serve a copy of the notice of motion setting and/or rule to show cause on MMA consistent with FED. R. CIV. P. 5(b) so that it has an opportunity to be heard on the motion.

---

[1] Upon the Court's request, a copy of the final settlement agreement may be provided, and the undersigned respectfully requests that agreement be placed under seal.

Respectfully Submitted,

**LABORDE EARLES LAW FIRM, LLC**

By: */s/ Kade R. Stutes*
**KADE R. STUTES, Bar No. 40645**
**MARY K. CRYAR, Bar No. 24062**
**WESLEY K. ELMER, Bar No. 23724**
1901 Kaliste Saloom Road
Lafayette, Louisiana 70508
Phone (337) 261-2617
Fax (337) 261-1934
Kstutes@onmyside.com
***Attorneys for Plaintiff, SARAH ARMSTRONG***

**CERTIFICATE OF SERVICE**

I hereby certify that on the **8th** day of **January, 2024**, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. A copy of the foregoing document was further delivered to the following counsel by electronic means.

*/s/ Kade R. Stutes*
**KADE R. STUTES**