**LABORDE EARLES ATTESTATION OF WORK**

This attestation form aims to detail and certify the actions carried out by the staff of Laborde Earles Law Firm in managing legal documents and procedures for cases handled in collaboration with McClenny Moseley & Associates.

**Staff Attorney Information: Name: Kade R. Stutes**

**Date: January 8, 2024**

I, Kade R. Stutes, licensed attorney at Laborde Earles Law Firm, hereby attest to the provision of legal services in the matter of Sarah Armstrong v. Shelter Mutual Insurance Company as follows:

1. **Thorough Review and Revision of Identification Documents:**
    a. An examination of all documents related to the case, including verifying the accuracy, authenticity, and validity of said documents.  Also, the attorney made necessary amendments to reflect current and correct information.

2. **Examination of Pleadings:**
    a. The attorney performed a comprehensive review of all pleadings filed in the case.
    b. The attorney analyzed pleadings for legal sufficiency, procedural compliance, and assessed the strength and weaknesses of the arguments presented to formulate effective legal strategies and responses.

3. **Document Review:**
    a. The attorney conducted an in-depth analysis of all file materials and documents related to the case to ensure relevance and identified any critical pieces of evidence.

4. **Client Communication:**
    a. Attorney initiated effective communication with the client, bringing the client up to date on all proceedings in the case, explained legal concepts to client, provided regular updates the client as the case progressed and addressed any questions the client presented.

5. **Settlement Negotiation:**
    a. Attorney engaged in negotiations aimed at reaching an equitable settlement for the client efficiently and effectively.

      By signing below, I confirm that the aforementioned tasks were carried out in accordance with the protocols and guidelines established by Laborde Earles Law Firm. I understand the importance of accurate and timely completion of these tasks for the effective representation of our clients and compliance with legal requirements.

**Signature:** _____

**Date:** January 8, 2024.