**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| SARAH ARMSTRONG, | * | CASE NO. 3:22-cv-03401 |
| *Plaintiff* | * | |
| vs. | * | JUDGE: JAMES D. CAIN, JR. |
| SHELTER MUTUAL INSURANCE COMPANY, ET AL | * | |
| *Defendant* | * | MAGISTRATE: KATHLEEN KAY |

**ORDER**

Considering the foregoing Motion to Set Attorney Fees and Costs,

    IT IS HEREBY ORDERED that the motion shall be GRANTED.

    IT IS FURTHER ORDERED that attorney fees and are assessed as follows:

        Total percentage of attorney fee allowed:    _____%

        McClenny Moseley & Associates:    _____%

        Laborde Earles Law Firm:    _____%

    IT IS FURTHER ORDERED that attorney and third-party costs are assessed as follows:

        Total amount of cost allowed:    $_____

        McClenny Moseley & Associates:    $_____

        Laborde Earles Law Firm:    $_____

        Third-Party Vendors:    $_____

    IT IS FURTHER ORDERED that if a Judgment of Dismissal is pending, it is STAYED until settlement funds are disbursed to the Plaintiff.

THUS, DONE AND SIGNED this _____ day of _____, 2024.

_____
**UNITED STATES DISTRICT JUDGE**