**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

IN RE: MCCLENNY MOSELEY          CASE NO.  3:23-MC-00062
ASSOCIATES P L L C

                                     **JUDGE JAMES D. CAIN, JR.**

## ORDER

The undersigned is in possession of certain checks ("funds") and copies of certain checks now in possession of Mortgage companies issued by Insurers to property owners in Louisiana who suffered damages from Hurricanes Laura, Delta, and Ida. These property owners were allegedly represented by the McClenny Moseley & Associates, PLLC law firm, McClenny Law Group, Inc., or Moseley Law Group, Inc. ("MMA").  Since the mass filings of several hundred cases by that firm beginning in August 2022, a review of the cases raised several issues, including duplicate filings, cases filed against insurers who had no policy in place with the plaintiff, and cases filed on behalf of plaintiffs who had already settled their hurricane claims with the insurer. The Court also had concerns about the methods MMA used to obtain these clients and evidence which showed MMA solicited and/or paid for the Clients in violation of law.

To protect the insured's interest and due to the Court's concerns that MMA was committing ongoing misconduct through the use of legal marketing program Velawcity, and failure to properly document its expenses, the Court found it necessary to suspend all attorneys with the MMA law firm.

Considering the misconduct of MMA and its attorneys, hearings were held on October 2022, December 13, 2022, July 25, 2023, and August 8, 2023, in the Western

EXHIBIT
1

District.  Hearings were also held in the Eastern District of Louisiana. Due to the continued misconduct of current MMA attorneys, the suspensions by this Court and the Louisiana Supreme Court of said attorneys, and the Louisiana Insurance Commissioner's Cease & Desist letter,[1] this Court extended its suspension of MMA and its attorneys.

Because of MMA's abrogation of their duty and responsibility toward these Louisiana residents, the Court finds that MMA is not entitled to any attorney fees, costs and/or expenses either pending in this Court or in the list herein attached as Exhibit "A." MMA's clear solicitation of clients voids any contract of representation. In addition, their continued unethical behavior including but not limited to mishandling of client trust funds, failure to deposit client funds into a properly registered IOLTA trust account in the State of Louisiana, and MMA's clear abrogation of their representation of alleged clients evidenced by sending out emails and text messages with the phone number of this District Court to their alleged Louisiana Clients and instructing them to contact this Court for status updates on their cases, nullifies any ownership, fee interest, and/or property interest of MMA, its attorneys or any related entity or third party.  This Court further rules that MMA, its attorney or any related party have no property or ownership interest in the checks or funds identified in Exhibit A. This includes any claims made under state or federal law. Accordingly,

**IT IS ORDERED** that the law firm McClenny, Moseley & Associates PLLC, McClenny Law Group, Inc., or Moseley Law Group, Inc. (MMA), the individual attorneys

---

[1] The Cease & Desist Letter notified MMA that it was under investigation for insurance fraud.

of the firm, including but not limited to Zach Moseley and all related parties (MMA and related Parties) are not entitled to any attorney fees, costs, and/or expenses in any of the cases attached herein as Exhibit A.

**IT IS FURTHER ORDERED** that MMA and related parties have no property interest/ownership in the proceeds of any cases pending in this Court including the attached cases in Exhibit A.

**THUS DONE AND SIGNED** in Chambers on this 22nd day of August, 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **H1 COURT'S POSSESSION** | | | | | | | | | |
| **SA #** | **First Name** | **Last Name** | **Check** | **Check Number** | **Check Date** | **Reason Not** | **Insurance Company** | | **District** |
| 2205226 | BRANDON | KELLEY | $1,759.92 | 206525 | 3/7/2023 | WDLA/EXPIRED | Aegis Security Insurance Company | | WDLA |
| 2212447 | ROSE | SINGLETON | $1,568.67 | 4326 | 2/22/2023 | WDLA | Aegis Security Insurance Company | | WDLA |
| 2201837 | Nicole | McCoy | $1,711.48 | 122177027 | 9/16/2022 | WDLA | Allied Trust Insurance Company | | WDLA |
| 2201111 | St. Paul | Church | $145,594.82 | 3449145 | 10/19/2022 | WDLA | Allstate Insurance Company | | WDLA |
| 2203718 | WALTER | BATISTE | $11,815.29 | 149497894 | 12/28/2022 | WDLA | Allstate Vehicle & Property Insurance Company | | WDLA |
| 2210330 | DELPHINE | TAYLOR | $6,856.46 | 169670271 | 3/3/2023 | WDLA | Allstate Vehicle & Property Insurance Company | | WDLA |
| 2207268 | PAULA | LINNEAR | $4,064.89 | 199674620 | 6/28/2023 | WDLA | Allstate Vehicle & Property Insurance Company | | WDLA |
| 2200233 | Amanda | Edwards | $11,958.27 | 129407000 | 4/24/2023 | Western Louisiana | Allstate Vehicle & Property Insurance Company | | WDLA |
| 2210177 | Karen | Donald | $20,065.64 | 192659822 | 1/4/2023 | LA | Allstate Vehicle & Property Insurance Company | | WDLA |
| 2204292 | Zachary | Thomas | $6,399.08 | 1165504 | 11/30/2022 | WDLA | Allstate Vehicle & Property Insurance Company | | WDLA |
| 2204292 | Zachary | Thomas | $15,816.34 | 1165503 | 11/30/2022 | WDLA | Allstate Vehicle & Property Insurance Company | | WDLA |
| 2206421 | Heather | Lafleur | $7,975.97 | 182670964 | 7/27/2022 | WDLA | Allstate Vehicle & Property Insurance Company | | WDLA |
| 2203897 | EROTICA | SPAIN- | $9,250.00 | 2191646 | 2/3/2023 | WDLA | American Bankers Insurance Company of Florida | | WDLA |
| 2203897 | EROTICA | SPAIN- | $9,250.00 | 2191647 | 2/3/2023 | WDLA | American Bankers Insurance Company of Florida | | WDLA |
| 2212628 | JASON | JOUBERT | $122.06 | 4001137 | 4/6/2023 | WDLA | American Bankers Insurance Company of Florida | | WDLA |
| 2212628 | JASON | JOUBERT | $1,411.36 | 4001138 | 4/6/2023 | WDLA | American Bankers Insurance Company of Florida | | WDLA |
| 2211736 | RAYFIELD | PICKNEY | $205.00 | 2195381 | 3/9/2023 | WDLA | American Bankers Insurance Company of Florida | | WDLA |
| 2211736 | RAYFIELD | PICKNEY | $2,808.42 | 2195382 | 3/9/2023 | WDL A | American Bankers Insurance Company of Florida | | WDLA |
| 2206302 | DWAYNE | ESPREE | $16,250.00 | 2195383 | 3/9/2023 | WDLA | American Bankers Insurance Company of Florida | | WDLA |
| 16628/2110839 | BONNIE | DUHON | $9,329.03 | 2182393 | 10/28/2022 | WDLA/EXPIRED | American Bankers Insurance Company of Florida | | WDLA |
| 2206302 | DWAYNE | ESPREE | $16,250.00 | 2191652 | 2/3/2023 | WDLA | American Bankers Insurance Company of Florida | | WDLA |
| 2201610 | Patricia | Gibbs | $4,500.00 | 2191650 | 2/3/2023 | Western Louisiana | American Bankers Insurance Company of Florida | | WDLA |
| 2208766 | Trinia | Stroud | $18,585.70 | 2183168 | 11/4/2022 | Western Louisiana | American Bankers Insurance Company of Florida | | WDLA |
| 15860 | Sheila | Ybarbo | $40,000.00 | 23874 | 1/17/2023 | WDLA | American Bankers Insurance Company of Florida | | WDLA |
| 15860 | Sheila | Ybarbo | $40,000.00 | 24310 | 4/12/2023 | WDLA | American Bankers Insurance Company of Florida | | WDLA |
| 16130 | Victoria | Malinda | $4,734.95 | 1065372 | 6/3/2022 | LA | American Bankers Insurance Company of Florida | | WDLA |
| 2209602 | DEMARK | WATTS | $106.59 | 66666 | 5/26/2023 | WDLA | American Interstate Insurance Company | | WDLA |
| 2200376 | Horace | Berry | $4,015.11 | 62787711 | 9/9/2022 | WDLA | American Security Insurance Company | | WDLA |
| 2214261 | Rhonda | Williams | $444.75 | 9272150100 | 11/11/2022 | LA | American Southern Home Insurance Company | | WDLA |
| 2206251 | Thomas | Nichols | $6,672.20 | 9002389 | 9/29/2022 | Western Louisiana | American Summit Insurance Company | | WDLA |
| 2211911 | Kristen | Victorian | $27,014.82 | 9002448 | 2/27/2023 | LA | American Summit Insurance Company | | WDLA |
| 2206251 | Thomas | Nichols | $1,552.28 | 9002517 | 5/31/2023 | LA | American Summit Insurance Company | | WDLA |
| 2209752 | Mitch | Bellard | $26,286.33 | 9002413 | 11/14/2022 | WDLA | American Summit Insurance Company | | WDLA |
| 2210024 | Swenquita | Nimer | $4,231.55 | 9002412 | 11/10/2022 | WDLA | American Summit Insurance Company | | WDLA |
| 2212207 | Rita | Branch | $4,863.94 | 19269 | 11/18/2022 | WDLA | American Summit Insurance Company | | WDLA |
| 2208254 | David | Dunlap | $1,906.02 | 9002369 | 8/22/2022 | WDLA | American Summit Insurance Company | | WDLA |
| 23047/2207460 | TYRONE | REITZELL | $25,723.30 | 1510015647 | 11/7/2022 | WDLA/EXPIRED | ANPAC Louisiana Insurance Company | | WDLA |
| 2205710 | Allison | Thompson | $18,897.41 | 1510015849 | 11/14/2022 | WDLA | ANPAC Louisiana Insurance Company | | WDLA |
| 2202232 | John | Leviege | $55,000.00 | 23250 | 10/10/2022 | Western Louisiana | Bankers Specialty Insurance Company | | WDLA |
| 2215240 | William | Rogers | $10,245.32 | 10029954 | 2/15/2023 | WDLA | Centauri National Insurance Company | | WDLA |
| 2215240 | William | Rogers | $1,612.51 | 10029947 | 2/15/2023 | WDLA | Centauri National Insurance Company | | WDLA |
| 2213910 | Kendall | Bennett | $1,629.64 | 122142916 | 8/23/2022 | WDLA | Dover Bay Specialty Insurance Company (State Farm) | | WDLA |
| 2206745 | Timothy | Daigle | $17,116.79 | 66843 | 8/15/2022 | Western Louisiana | FedNat Insurance Company (LIGA) | | WDLA |
| 2204013 | Tim | Emmons | $16,860.38 | 67010 | 9/9/2022 | Western Louisiana | FedNat Insurance Company (LIGA) | | WDLA |
| 2201293 | Roderick | Davis | $226.16 | 66870 | 8/17/2022 | Western Louisiana | FedNat Insurance Company (LIGA) | | WDLA |
| 2201293 | Roderick | Davis | $30.84 | 66869 | 8/17/2022 | Western Louisiana | FedNat Insurance Company (LIGA) | | WDLA |

| 2210588 | Tam | Vo | $4,510.12 | 268664 | 8/23/2022 | Maison/Fednat | FedNat Insurance Company (LIGA) | WDLA |
|---|---|---|---|---|---|---|---|---|
| 2202991 | Jared | Hinton | $4,185.77 | 67015 | 9/12/2022 | WDLA | FedNat Insurance Company (LIGA) | WDLA |
| 2208977 | RALPH | WILLIAMS | $21,000.00 | 1634778335 | 12/5/2022 | WDLA | Foremost Insurance Company | WDLA |
| 2205376 | JOHN | MADDOX | $18,000.00 | 1635397124 | 2/16/2023 | WDLA | Foremost Insurance Company | WDLA |
| 2300300 | DARETHA | THOMPSON | $12,673.03 | 1635476891 | 2/27/2023 | WDLA | Foremost Insurance Company | WDLA |
| 2205327 | ROBERT | MOORE | $10,000.00 | 1635718933 | 3/24/2023 | WDLA | Foremost Insurance Company | WDLA |
| 2208977 | RALPH | WILLIAMS | $14,000.00 | 1634778351 | 12/5/2022 | WDLA/ EXPIRED | Foremost Insurance Company | WDLA |
| 2207679 | SANDY | JONES | $11,200.00 | 1635125757 | 1/18/2023 | WDLA/EXPIRED | Foremost Insurance Company | WDLA |
| 2212347 | Christopher | Dauzat | $14,000.00 | 1635167226 | 1/23/2023 | Western Louisiana | Foremost Insurance Company | WDLA |
| 2207937 | Karen | Garner | $14,800.00 | 1634465360 | 10/27/2022 | Western Louisiana | Foremost Insurance Company | WDLA |
| 2204175 | Artis | Jones | $5,600.00 | 1635512796 | 3/2/2023 | WDLA | Foremost Insurance Company | WDLA |
| 2203994 | Victoria | Hartford | $18,000.00 | 1635393280 | 2/16/2023 | WDLA | Foremost Insurance Company | WDLA |
| 2111004 | Jane | Gray | $7,600.00 | 1635506409 | 3/1/2023 | WDLA | Foremost Insurance Company | WDLA |
| 15922 | Murphy | Frazier | $34,260.50 | 610626461 | 2/11/2022 | WDLA | Geico | WDLA |
| 2202365 | ERNEST | WILLIAMS | $3,373.16 | 9272150228 | 11/15/2022 | WDLA | GeoVera Specialty Insurance Company | WDLA |
| 19985/2204307 | ELLA | BOLING | $67,500.00 | 9272143320 | 7/5/2022 | WDLA | GeoVera Specialty Insurance Company | WDLA |
| 2203126 | LAWANNA | ANGELO | $135.37 | 77133 | 3/15/2023 | WDLA | Gulf States Insurance Company | WDLA |
| 2209756 | Melody | Carrier | $21,000.00 | 44537 | 2/6/2023 | WDLA | Gulf States Insurance Company | WDLA |
| 2203126 | Charles | Angelo | $19,000.00 | 44536 | 2/6/2023 | WDLA | Gulf States Insurance Company | WDLA |
| 2210293 | ERNESTINE | MACK | $10,998.54 | 1157347304 | 1/7/2023 | WDLA | Hartford Insurance Company of the Midwest | WDLA |
| 2216149 | MELANIE | HILL | $9,010.70 | 4006141 | 5/4/2023 | WDLA | Home First Agency Insurance Company | WDLA |
| 2204945 | ROSIE | WHITE | $6,670.04 | 409927502 | 1/10/2023 | WDLA/ EXPIRED | Imperial Fire & Casualty Insurance Company (NGIC) | WDLA |
| 2204254 | Dianne | Jefferson | $44,364.98 | 409519627 | 7/21/2022 | WDLA | Imperial Fire & Casualty Insurance Company (NGIC) | WDLA |
| 2210655 | BURNELL | BATTLE | $35,000.00 | 57942031 | 2/15/2023 | WDLA/ EXPIRED | Liberty Mutual Insurance Company | WDLA |
| 2208255 | Lue | Howard | $38,000.00 | 56353489 | 8/4/2022 | Western Louisiana | Liberty Mutual Insurance Company | WDLA |
| 2208255 | Lue | Howard | $37,000.00 | 57712303 | 1/19/2023 | WDLA | Liberty Mutual Insurance Company | WDLA |
| 2204511 | Clara | Jackson | $7,678.95 | 1175596 | 2/13/2023 | WDLA | Lighthouse Excalibur Insurance Company | WDLA |
| 2206960 | Harriet | Jones | $6,126.79 | 1175523 | 2/13/2023 | WDLA | Lighthouse Excalibur Insurance Company | WDLA |
| 2206960 | Harriet | Jones | $5,807.25 | 1073546 | 7/18/2022 | WDLA | Lighthouse Excalibur Insurance Company | WDLA |
| 2208095 | Lorenzo | Wilson | $11,246.81 | 1633454 | 6/6/2023 | Western Louisiana | Louisiana Citizens Property Insurance Corporation | WDLA |
| 2206703 | Kalance | Bernard | $35,000.00 | 1573135 | 8/16/2022 | Western Louisiana | Louisiana Citizens Property Insurance Corporation | WDLA |
| 2203969 | Gregory | Guzzetta | $222.30 | 1598701 | 11/9/2022 | WDLA | Louisiana Citizens Property Insurance Corporation | WDLA |
| 2212039 | Sherile | Thomas | $6,107.78 | 1608640 | 1/5/2023 | WDLA | Louisiana Citizens Property Insurance Corporation | WDLA |
| 2203515 | Mason | Minor | $10,992.43 | 1616076 | 2/17/2023 | WDLA | Louisiana Citizens Property Insurance Corporation | WDLA |
| 2211401 | BRANDON | MOSES | $371.87 | 26098 | 3/31/2023 | WDLA/ EXPIRED | Louisiana Farm Bureau Casualty Insurance Company | WDLA |
| 2205427 | LISA | HARLAN | $6,462.64 | 5370221403 | 2/1/2023 | WDLA | Louisiana Farm Bureau Casualty Insurance Company | WDLA |
| 2212788/2205218 | jeffery | HARVEY | $469.25 | 26365 | 6/1/2023 | WDLA | Louisiana Farm Bureau Casualty Insurance Company | WDLA |
| 2204153 | Randy | Harris | $5,701.87 | 5370164465 | 10/25/2022 | Western Louisiana | Louisiana Farm Bureau Casualty Insurance Company | WDLA |
| 2207627 | Louis | Minifield | $22,323.84 | 5370177907 | 11/15/2022 | Western Louisiana | Louisiana Farm Bureau Casualty Insurance Company | WDLA |
| 2207627 | Louis | Minifield | $10,974.16 | 5370177912 | 11/15/2022 | Western Louisiana | Louisiana Farm Bureau Casualty Insurance Company | WDLA |
| 2212081 | Linda | Rayner | $7,409.76 | 5370161936 | 10/20/2022 | Western Louisiana | Louisiana Farm Bureau Casualty Insurance Company | WDLA |
| 2203753 | Gaylor | Brown | $6,379.20 | 5370248173 | 3/16/2023 | LA | Louisiana Farm Bureau Casualty Insurance Company | WDLA |
| 2203753 | Gaylor | Brown | $9,568.80 | 5370248162 | 3/16/2023 | LA | Louisiana Farm Bureau Casualty Insurance Company | WDLA |
| 2212024 | Carol | White | $2,006.32 | 122944346 | 4/19/2022 | WDLA | Louisiana Farm Bureau Casualty Insurance Company | WDLA |
| 2204252 | Lois | Knight | $12,020.33 | 5370227614 | 2/10/2023 | WDLA | Louisiana Farm Bureau Casualty Insurance Company | WDLA |
| 2213470 | Justin | Guillot | $35,667.40 | 5370224641 | 2/7/2023 | WDLA | Louisiana Farm Bureau Casualty Insurance Company | WDLA |
| 2211903 | Michael | Runge | $12,708.99 | 5370170286 | 11/2/2022 | WDLA | Louisiana Farm Bureau Casualty Insurance Company | WDLA |
| 2204744 | ARTHUR | PELLERIN | $82.58 | 135733 | 4/28/2023 | WDLA | Louisiana Farm Bureau Mutual Insurance | WDLA |

| 15883 | KENNETH | CROOKS | $23.28 | 178501 | 5/16/2023 | WDLA | Louisiana Farm Bureau Mutual Insurance | WDLA |
|---|---|---|---|---|---|---|---|---|
| 2207420 | WILLIAM | CLARE | $12,875.27 | 5370192884 | 12/12/2022 | WDLA/ EXPIRED | Louisiana Farm Bureau Mutual Insurance | WDLA |
| 2207420 | WILLIAM | CLARE | $12,875.27 | 5370192885 | 12/12/2022 | WDLA/EXPIRED | Louisiana Farm Bureau Mutual Insurance | WDLA |
| 15800 | Benjamin | Broussard | $29,855.48 | 437342 | 11/23/2021 | Western Louisiana | Louisiana Insurance Guaranty Association (LIGA) | WDLA |
| 15800 | Benjamin | Broussard | $3,550.50 | 437341 | 11/23/2021 | Western Louisiana | Louisiana Insurance Guaranty Association (LIGA) | WDLA |
| 15800 | Benjamin | Broussard | $2,000.00 | 437343 | 11/23/2021 | Western Louisiana | Louisiana Insurance Guaranty Association (LIGA) | WDLA |
| 2203625 | Christopher | Clyde | $9,955.00 | 1175356 | 2/13/2023 | WDLA | Louisiana Insurance Guaranty Association (LIGA) | WDLA |
| 2206439 | RITA | BENOIT | $231.55 | 45379 | 5/1/2023 | WDLA | Maison Insurance Company (LIGA) | WDLA |
| 16027 | John | Ardoin | $71,500.00 | 66827 | 8/10/2022 | Maison/Fednat | Maison Insurance Company (LIGA) | WDLA |
| 15959 | James | Ashmore | $107,250.00 | 66757 | 7/26/2022 | WDLA | Maison Insurance Company (LIGA) | WDLA |
| 2207774 | Brenda | Landry | $1,884.93 | 1072789 | 12/22/2022 | LA | National Security Fire and Casualty Company | WDLA |
| 2210981 | Quovase | Delaune | $11,306.21 | 37705 | 12/20/2022 | WDLA | Ocean Harbor Insurance Company | WDLA |
| 2210280 | DONNA | LEDAY | $15.15 | 409905 | 3/17/2023 | WDLA/EXPIRED | Progressive Property Insurance Company | WDLA |
| 2207696 | PAULA | ROYE | $69.50 | 177258 | 2/28/2023 | WDLA/EXPIRED | Progressive Property Insurance Company | WDLA |
| 2207696 | PAULA | ROYE | $144.47 | 31603 | 2/28/2023 | WDLA | Progressive Property Insurance Company | WDLA |
| 2211345 | JOHN | WESTFALL | $188.40 | 78931 | 2/28/2023 | WDLA/ EXPIRED | Progressive Property Insurance Company | WDLA |
| 22273/2206732 | OLEN | MCLEOD | $6,765.78 | 241039 | 7/13/2022 | WDLA | Progressive Property Insurance Company | WDLA |
| 22273/2206732 | OLEN | MCLEOD | $23,712.30 | 236246 | 4/18/2022 | WDLA | Progressive Property Insurance Company | WDLA |
| 22273/2206732 | OLEN | MCLEOD | $21,292.79 | 240973 | 7/12/2023 | WDLA | Progressive Property Insurance Company | WDLA |
| 2210280 | Donna | LeDay | $27,000.00 | 246618 | 11/29/2022 | WDLA | Progressive Property Insurance Company | WDLA |
| 2211345 | John | Westfall | $41,500.00 | 245657 | 10/27/2022 | WDLA | Progressive Property Insurance Company | WDLA |
| 2206732 | Olen | Mccleod | $6,765.78 | 241039 | 7/13/2022 | WDLA | Progressive Property Insurance Company (ASI) | WDLA |
| 2206732 | Olen | Mccleod | $23,172.30 | 236246 | 4/18/2022 | WDLA | Progressive Property Insurance Company (ASI) | WDLA |
| 2206732 | Olen | Mccleod | $21,292.79 | 240973 | 7/12/2022 | WDLA | Progressive Property Insurance Company (ASI) | WDLA |
| 2208056 | ESSIE | HART | $9,461.51 | 58412124 | 4/11/2023 | WDLA/EXPIRED | Safeco Insurance Company of America | WDLA |
| 2200852 | Larry | Carroll | $13,579.40 | 1145050 | 9/22/2022 | WDLA | Southern Fidelity Insurance Company (LIGA) | WDLA |
| 2200852 | Larry | Carroll | $7,977.06 | 1145051 | 9/22/2022 | WDLA | Southern Fidelity Insurance Company (LIGA) | WDLA |
| 2210739 | CHRISTOPH | RUBAR | $216.44 | 2217093558 | 7/20/2022 | WDLA | State Farm Fire and Casualty Company | WDLA |
| 2210739 | CHRISTOPH | RUBAR | $173.67 | 2217229893 | 10/26/2022 | WDLA | State Farm Fire and Casualty Company | WDLA |
| 2210595 | DEBORAH | HOLLIE | $8,897.15 | 2217122529 | 8/9/2022 | WDLA | State Farm Fire and Casualty Company | WDLA |
| 2210594 | Deborah | Hollie | $2,988.09 | 2217113635 | 8/3/2022 | Western Louisiana | State Farm Fire and Casualty Company | WDLA |
| 16107 | Arianne | Hamlet | $6,841.30 | 113618 | 3/25/2022 | Western Louisiana | State Farm Fire and Casualty Company | WDLA |
| 2204177 | R B | Dunkentell | $35,000.00 | 122050052 | 6/21/2022 | WDLA | State Farm Fire and Casualty Company | WDLA |
| 2203501 | RICKY | PAPILLION | $10,900.00 | 1172063 | 1/20/2023 | WDLA/ EXPIRED | State National Fire Insurance Company (LIGA) | WDLA |
| 2208014 | Lanie | Trahan | $65,000.00 | 1172621 | 1/24/2023 | WDLA | State National Fire Insurance Company (LIGA) | WDLA |
| 2209857 | Talissa | Johnson | $4,900.00 | 1173268 | 1/27/2023 | WDLA | State National Fire Insurance Company (LIGA) | WDLA |
| 2210732 | CARRIE | ADAMS | $2,171.15 | 31275814 | 12/19/2022 | WDLA | Travelers Property and Casualty Company of America | WDLA |
| 2206223 | Stephanie | Smith | $27,997.89 | 97013698 | 11/21/2022 | WDLA | Travelers Property and Casualty Company of America | WDLA |
| 16170 | MARK | TRAHAN | $37,050.00 | 19774150 | 9/13/2022 | CHECK EXPIRED | Truck Insurance Exchange | WDLA |
| 15943 | Efron | Simon | $28,419.51 | 62806141 | 2/15/2023 | Louisiana | Truck Insurance Exchange | WDLA |
| 15937 | Dexter | Fountain | $45,000.00 | 2217823819 | 1/26/2022 | Louisiana | Truck Insurance Exchange | WDLA |
| 2209246 | Silivia | Youman | $24,009.30 | 16219 | 12/22/2022 | WDLA | Underwriters at Lloyd's of London | WDLA |
| 2201739/2208395 | ANDRE | DAVENPORT | $182.97 | 42936 | 3/10/2023 | WDLA/EXPIRED | Union National Fire Insurance Company | WDLA |
| 2207409 | Mary | Price | $3,469.21 | 1561262 | 7/15/2022 | Western Louisiana | Union National Fire Insurance Company | WDLA |
| 2210731 | Joseph | Castille | $1,889.73 | 1894399 | 7/13/2022 | WDLA | United National Insurance Company | WDLA |
| 2204284 | Christopher | Heape | $46,663.58 | 307137 | 12/5/2022 | WDLA | United Property and Casualty Insurance Company (LIGA) | WDLA |
| 2204284 | Christopher | Heape | $2,715.86 | 250795 | 7/15/2022 | WDLA | United Property and Casualty Insurance Company (LIGA) | WDLA |
| 2205588 | Bradley | Landry | $11,230.04 | 66985 | 9/6/2022 | Maison/Fednat | USAA | WDLA |

| 2202702 | Kelli | Stanard | $3,430.06 | 34521489 | 7/27/2022 | WDLA | USAA | WDLA |

| SA # | First Name | Last Name | Check Amount | Check Number | Check Date | Insurance Company | Mortgage Company | District |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **H2 MORTGAGE POSSESSION** | | |
| 2202448 | Buddy | Estelle | $39,899.22 | 2182141 | 10/27/2022 | American Bankers Insurance Company of Florida | 21st Mortgage Corporation | WDLA |
| 2203511 | Jacqueline | Smith | $18,853.61 | 2183322 | 11/7/2022 | American Bankers Insurance Company of Florida | 21st Mortgage Corporation | WDLA |
| 2205567 | Derek | Welch | $19,042.89 | 610645097 | 9/27/2022 | American Security Insurance Company | 21st Mortgage Corporation | WDLA |
| 2205567 | Derek | Welch | $81.20 | 610645096 | 9/27/2022 | American Security Insurance Company | 21st Mortgage Corporation | WDLA |
| 2211912 | Alicia | Arceneaux | $4,760.96 | 1546 | 9/9/2022 | Aegis Security Insurance Company | 21st Mortgage Corporation | WDLA |
| 2211970 | David | Smith | $3,086.99 | 2182390 | 10/28/2022 | American Bankers Insurance Company of Florida | 21st Mortgage Corporation | WDLA |
| 16045 | Christopher | Holmes | $104,317.60 | 1169579 | 12/29/2022 | Lighthouse Property Insurance Corporation (LIGA) | American Mortgage C/O Loan Care | WDLA |
| 2203398 | Keina | Harris | $30,024.55 | 287075 | 11/3/2022 | United Property and Casualty Insurance Company (LIGA) | Assurance Financial Group LLC | WDLA |
| 2204254 | Diane | Jefferson | $44,364.98 | 409519627 | 7/21/2022 | Imperial Fire & Casualty Insurance Company (NGIC) | Bank of America | WDLA |
| 2203879 | Rose | Gary | $22,205.52 | 176503771 | 1/3/2023 | Allstate Vehicle & Property Insurance Company | Bayview Loan Servicing Llc | WDLA |
| 2206732 | Olen | McLeod | $21,292.79 | 240973 | 7/12/2022 | Progressive Property Insurance Company (ASI) | Central Loan Administration & Reporting (CENLAR) | WDLA |
| 2206732 | Olen | McLeod | $6,765.78 | 241039 | 7/13/2022 | Progressive Property Insurance Company (ASI) | Central Loan Administration & Reporting (CENLAR) | WDLA |
| 2206732 | Olen | McLeod | $104,000.00 | 242129 | 11/2/2022 | Progressive Property Insurance Company (ASI) | Central Loan Administration & Reporting (CENLAR) | WDLA |
| 2207242 | Joe | Williams | $5,251.61 | 2217996657 | 5/17/2022 | State Farm Fire and Casualty Company | Community Loan Servicing LLC | WDLA |
| 2204292 | Zachery | Thomas | $6,399.08 | 1165504 | 11/30/2022 | Allstate Vehicle & Property Insurance Company | Fidelity Bank | WDLA |
| 2206223 | Stephanie | Smith | $27,997.89 | 97013698 | 11/21/2022 | Travelers Casualty Insurance Company of America | Flagstar Bank | WDLA |
| 2206337 | Bill | Sampy | $30,000.00 | 10027736 | 9/19/2022 | Centauri Insurance | Freedom Mortgage Corporation | WDLA |
| 2204601 | Sylvia | Williams | $1,320.43 | 977 | 8/12/2022 | Aegis Security Insurance Company | Gibsland Bank And Trust | WDLA |
| 2206587 | Shaniqua | Washington | $1,538.32 | 653 | 7/29/2022 | Aegis Security Insurance Company | Gibsland Bank And Trust | WDLA |
| 2206587 | Shaniqua | Washington | $379.29 | 652 | 7/29/2022 | Aegis Security Insurance Company | Gibsland Bank And Trust | WDLA |
| 2205752 | Blaine | Sharp | $45,006.45 | 329878 | 1/25/2023 | United Property and Casualty Insurance Company (LIGA) | GMFS LLC | WDLA |
| 2204316 | Tarry | London | $9,500.00 | 1710057640 | 10/26/2022 | American Modern Home Insurance Company | Homebridge Fin Services | WDLA |
| 2204511 | Clara | Jackson | $7,678.95 | 1067232 | 6/16/2022 | Lighthouse Excalibur Insurance Company (LIGA) | JP Morgan Chase Bank | WDLA |
| 2209330 | William | Rojas | $12,500.00 | 1589677 | 10/3/2022 | Louisiana Citizens Property Insurance Corporation | JP Morgan Chase Bank | WDLA |
| 2212081 | Linda | Rayner | $7,409.76 | 5370161936 | 10/20/2022 | Louisiana Farm Bureau Casualty Insurance Company | JP Morgan Chase Bank | WDLA |
| 2205638 | Kessley | Buchanan | $25,000.00 | 1635076763 | 1/12/2023 | Foremost Insurance Company | Loancare LLC | WDLA |
| 2204177 | R.B. | Dunkentell | $35,000.00 | 2217050652 | 6/21/2022 | State Farm Fire and Casualty Company | Loandepot | WDLA |
| 2206215 | Anthony | Matthews | $20,000.00 | 248158 | 1/16/2023 | Progressive Property Insurance Company | Nationstar Mortgage LLC | WDLA |
| 2207294 | Joseph | Alexander | $9,053.13 | 132387957 | 2/24/2023 | Allstate Insurance Company | Nationstar Mortgage LLC | WDLA |
| 2207294 | Joseph | Alexander | $11,854.85 | 132387956 | 2/24/2023 | Allstate Insurance Company | Nationstar Mortgage LLC | WDLA |
| 2210293 | Ernestine | Mack | $10,998.54 | 1157347304 | 1/7/2023 | Hartford Insurance Company of the Midwest | Newrez Llc Isaoa Atima | WDLA |
| 2210293 | Ernestine | Mack | $3,314.91 | 1157347290 | 1/7/2023 | Hartford Insurance Company of the Midwest | Newrez Llc Isaoa Atima | WDLA |
| 2210739 | Christopher | Rubar | $216.44 | 122093558J | 7/20/2022 | State Farm Fire and Casualty Company | Pedestal Bank | WDLA |
| 2210739 | Christopher | Rubar | $173.67 | 122229893J | 10/26/2022 | State Farm Fire and Casualty Company | Pedestal Bank | WDLA |
| 16107 | Arrianne | Hamlet | $6,841.30 | 150105 | 12/22/2022 | State Farm Fire and Casualty Company | PennyMac Loan Services LLC | WDLA |
| 2200533 | Landry | Fahrenkrog | $8,316.07 | 34801616 | 9/1/2022 | USAA | PennyMac Loan Services LLC | WDLA |
| 2210595 | Deborah | Hollie | $8,897.15 | 122122529J | 8/9/2022 | State Farm Fire and Casualty Company | PennyMac Loan Services LLC | WDLA |
| 15569 | Rita | Nash | $12,810.58 | 132291796 | 6/7/2022 | Allstate Insurance Company | PHH Mortgage Services | WDLA |
| 15921 | Deronda | Ashley | $45,000.00 | 56243227 | 7/22/2022 | Liberty Mutual Insurance Company | PHH Mortgage Services | WDLA |
| 2204371 | Nancy | James | $70,000.00 | 57609885 | 1/6/2023 | Safeco Insurance (Liberty Mutual) | Pipes Miles Beckman, LLC | WDLA |
| 2203943 | Ryan | Foreman | $100,000.00 | 122008246J | 5/24/2022 | State Farm Fire and Casualty Company | Quicken Loans | WDLA |
| 2205530 | Terrance | Angelo | $32,563.91 | 176454850 | 10/5/2022 | Allstate Vehicle & Property Insurance Company | Quicken Loans | WDLA |
| 2208014 | Lainie | Baker | $65,000.00 | 1172621 | 1/24/2023 | State National Fire Insurance Company (LIGA) | Quicken Loans | WDLA |
| 2206251 | Thomas | Nichols | $6,672.20 | 9002389 | 9/29/2022 | American Summit Insurance Company | Rushmore Loan Management Services LLC | WDLA |
| 2207667 | Lenward | Bowie | $23,363.54 | 1110009221 | 11/8/2022 | ANPAC Louisiana Insurance Company | Select Portfolio Servicing, Inc | WDLA |
| 2204153 | Randy | Harris | $5,701.87 | 5370164465 | 10/25/2022 | Louisiana Farm Bureau Casualty Insurance Company | Servicemac, LLC | WDLA |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2207645 | Aaron | Sonnier | $75,000.00 | 56425292 | 8/12/2022 | Safeco Insurance (Liberty Mutual) | Specialized Loan Servicing LLC | WDLA |
| 2204284 | Kandyse | Heape | $46,663.58 | 307137 | 12/5/2022 | United Property and Casualty Insurance Company (LIGA) | State Farm Bank | WDLA |
| 2203832 | Karen | Deane | $45,000.00 | 1589689 | 10/3/2022 | Louisiana Citizens Property Insurance Corporation | The Evangeline Bank & Trust Co. | WDLA |
| 2205768 | Christy | Dauzat | $7,757.76 | 269644 | 7/7/2022 | Underwriters At Lloyd's | The Money Shack, LLC | WDLA |
| 2204918 | Shiela | Conner | $22,812.74 | 172666931 | 11/7/2022 | North Light Specialty Insurance Company | U.S. Small Business Administration | WDLA |
| 2203333 | Michael | Bushnell | $16,830.87 | 2179387 | 10/5/2022 | American Bankers Insurance Company of Florida | Vanderbilt Mortgage And Finance, Inc | WDLA |
| 15996 | Robert | Matthews | $150,000.00 | 2217318829 | 1/6/2023 | Truck Insurance Exchange | Wells Fargo Bank | WDLA |
| 2205918 | Andrea | Kelley | $26,000.00 | 240955 | 7/12/2022 | Progressive Property Insurance Company (ASI) | Wells Fargo Bank | WDLA |
| 2206070 | Jason | Corn | $53,400.00 | 1894030 | 7/5/2022 | American Reliable Insurance Company | Wells Fargo Bank | WDLA |
| 2206267 | Jimmie | Boudreaux | $29,377.89 | 199563451 | 10/20/2022 | Allstate Vehicle & Property Insurance Company | Wells Fargo Bank | WDLA |
| 2208615 | Alexis | Rack | $16,400.39 | 5459281 | 11/22/2022 | United Property and Casualty Insurance Company (LIGA) | Wells Fargo Bank | WDLA |