# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | MISCELLANEOUS CASE |
| MCCLENNY MOSELEY & ASSOCIATES PLLC | * | NO. 3:23-MC-00062 |
| | * | JUDGE JAMES D. CAIN, JR. |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN**, through undersigned counsel, that Respondents MMA, PLLC (formerly known as McClenny Moseley & Associates, PLLC) and J. Zachary Moseley appeal to the United States Court of Appeals for the Fifth Circuit from a final Order entered in the captioned miscellaneous action on August 22, 2023 (District Court Record Document No. 37), signed by United States District Judge Cain, for the Western District of Louisiana, together with all prior orders and rulings which produced the August 22, 2023 Order.

This Notice of Appeal is for all purposes permitted by law and is timely filed pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A).

New Orleans, Louisiana, this 21st day of September 2023.

Respectfully submitted,

*/s/ William P. Gibbens*
William P. Gibbens, 27225
Gwyneth A. O'Neill, 35944
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
(504) 680-6065
billy@semmlaw.com
gwyneth@semmlaw.com

*Counsel for Respondents
MMA, PLLC and J. Zachary Moseley*

1

EXHIBIT 2

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2023, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ William P. Gibbens*
WILLIAM P. GIBBENS
