# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **IN RE: MCCLENNY MOSELEY & ASSOCIATES P L L C** | **CASE NO. 3:23-MC-00062** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |

## ORDER

Before the Court is a "Motion and Incorporated Memorandum in Support of Motion to Stay the Court's August 22, 2023 Order" (Doc. 55) wherein, counsel for the McClenny Moseley & Associates PLLC law firm and J. Zachary Moseley move to stay this Court's August 22, 2023 Order until the U.S. Court of Appeals for the Fifth Circuit resolves MMA's and Moseley's appeal. The Court is not inclined to grant this request. Accordingly,

**IT IS ORDERED** that the Motion and Incorporated Memorandum in Support of Motion to Stay the Court's August 22, 2023 Order (Doc. 55) is **DENIED.**

**THUS DONE AND SIGNED** in Chambers on this 7th day of December, 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

EXHIBIT 3